IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-232

| | |
|---|---|
| **ANGELA FAYE CHAMBERS, as Personal Representative of Christopher Ryan Reese, deceased,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) |
| **MEGA MANUFACTURING, INC., A Corporation; and ALLSTEEL, A Corporation,** | ) ) ) |
| **Defendants.** | ) ) |

**THIS MATTER** is before the Court on Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* of Kendall Dunson. It appearing that Kendall Dunson is a member in good standing with the Alabama State Bar and will be appearing with Brian L. Kinsley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Brian L. Kinsley's Application for Admission to Practice *Pro Hac Vice* (#2) of Kendall Dunson is **GRANTED**, and

that Kendall Dunson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Brian L. Kinsley.

Signed: August 26, 2013

Dennis L. Howell
United States Magistrate Judge