IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-232

| | |
|---|---|
| ANGELA FAYE CHAMBERS, as Personal Representative of Christopher Ryan Reese, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MEGA MANUFACTURING, INC., A Corporation; and ALLSTEEL, A Corporation, | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on Robert H. Hood, Jr.'s Application for Admission to Practice *Pro Hac Vice* of H. Cooper Wilson, III. It appearing that H. Cooper Wilson, III is a member in good standing with the South Carolina State Bar and will be appearing with Robert H. Hood, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert H. Hood, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#10) of H. Cooper Wilson, III is

**GRANTED**, and that H. Cooper Wilson, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert H. Hood, Jr.

Signed: November 19, 2013

Dennis L. Howell
United States Magistrate Judge