IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00232-MR-DLH

| | |
|---|---|
| ANGELA FAYE CHAMBERS, as Personal Representative of Christopher Ryan Reese, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEGA MANUFACTURING, INC., a Corporation; and ALLSTEEL, a Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **O R D E R**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on July 15, 2013. [Doc. 1-2]. The action was removed to this Court by Defendant Mega Manufacturing, Inc. ("Mega Manufacturing") on August 22, 2013. [Doc. 1]. An Affidavit of Service filed by the Plaintiff indicates that the Defendant Allsteel, a Canadian corporation, was served on November 26, 2013. [Doc. 13]. To date, however, Allsteel has not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to Defendant Allsteel. The Plaintiff is advised that failure to take further action against Allsteel will result in the dismissal of this Defendant.

**IT IS SO ORDERED.** Signed: January 15, 2014

Martin Reidinger
United States District Judge