# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:13-cv-00232-MR-DLH

| | |
|---|---|
| ANGELA FAYE CHAMBERS, as Personal Representative of Christopher Ryan Reese, deceased, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| MEGA MANUFACTURING, INC., a Corporation; and ALLSTEEL, a Corporation, ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Default Judgment against Defendant Allsteel [Doc. 17].

On January 16, 2014, the Court entered an Order directing the Plaintiff to file an appropriate motion or otherwise take further action with respect to Defendant Allsteel. [Doc. 16]. On January 24, 2014, the Plaintiff filed the present motion seeking a default judgment against Allsteel for failing to appear, answer, and/or otherwise defense this action. [Doc. 17].

The Plaintiff's motion is premature. Before a default judgment can be entered against a non-answering defendant, a plaintiff must first seek the

entry of default. Fed. R. Civ. P. 55(a). Only once a defendant has been defaulted may a plaintiff seek a default judgment against that defendant. Because the Plaintiff has not yet sought the entry of default as to Defendant Allsteel, the Plaintiff's motion for default judgment will be denied.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Default Judgment against Defendant Allsteel [Doc. 17] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** Signed: January 27, 2014

Martin Reidinger
United States District Judge