# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00232-MR-DLH

| | |
|---|---|
| ANGELA FAYE CHAMBERS, as Personal Representative of Christopher Ryan Reese, deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MEGA MANUFACTURING, INC., )<br>a Corporation, and ALLSTEEL, a )<br>Corporation, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On August 25, 2014, counsel for the Defendant Mega Manufacturing, Inc. advised the Clerk's Office that this matter had settled and that the parties would be filing a joint motion for approval of settlement. To date, however, nothing has been filed to effectuate the closing of this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file such documents as are required to effectuate the closing of the Court's file within thirty (30) days of the entry of this Order. **Failure to file such**

**documents within the time required will result in the dismissal of this action.**

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge